UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT P. CARICO,

      Petitioner,

v.                                          Civil Case No. 08-14570
                                           Honorable Patrick J. Duggan

JEFFREY WOODS,

      Respondent.

_____/

## JUDGMENT

Robert P. Carico ("Petitioner") has filed a *pro se* habeas corpus petition pursuant to 28 U.S.C. § 2254, challenging his convictions in Jackson County Circuit Court for felonious assault, felon in possession of a firearm, and felony firearm in 2005. In an Opinion and Order issued on this date, the Court held that Petitioner is not entitled to habeas corpus relief.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DENIED WITH PREJUDICE**.

DATE: February 23, 2011                 s/PATRICK J. DUGGAN
                                                  UNITED STATES DISTRICT JUDGE

Copies to:

Robert Carico, #214910
Pine River Correctional Facility
320 N. Hubbard
St. Louis, MI 48880

Jerrold E. Schrotenboer, Esq.